IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| AISHA CARTER, individually and as mother and next friend of I.F., and I.F., individually, <br><br> Plaintiffs, <br><br> v. <br><br> ALABAMA CVS PHARMACY, LLC #04826, *et al.*, <br><br> Defendants. | CIVIL ACT. NO. 1:17cv187-CSC <br> (WO) |

# FINAL JUDGMENT

In accordance with the memorandum opinion entered herewith, it is

ORDERED AND ADJUDGED that this case be and is hereby DISMISSED without prejudice.

Done this 11th day of May, 2017.

                                                /s/Charles S. Coody
                                        CHARLES S. COODY
                                        UNITED STATES MAGISTRATE JUDGE